**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number
Clerk                                                                                         415.522.2000

June 14th, 2007

Re:  MDL 07-1826 In re Graphics Process Units Antitrust Litigation

Title of Case                                                      Case Number
Woodrow Clark, II -v- Nvidia Corporation, et al.        C.A. No. 06-7954

Dear Sir/Madam:

        This is to advise you that the above entitled case has been transferred to this
Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable William H. Alsup.
We have given the action the individual case number **C 07-3131 WHA**.

        All future documents submitted in this case are to be presented to the Court in
compliance with the Pretrial Order No. 1 issued on 30 April 2007in the MDL case, case
no. M:07-cv-1826 WHA

        Please be advised that this action has been designated as an E-Filing case.
Therefore, counsel is directed to immediately register as an ECF user with the Northern
District of California.   Information on registration and an on-line registration form can be
found in our website at https://ecf.cand.uscourts.gov

                                                    Sincerely yours,

                                                           /s/

                                                    Simone Voltz
                                                    Deputy Clerk

cc: Counsel
      MDL